UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-60007-CV-MIDDLEBROOKS

ERIC ROGERS,

    Plaintiff,

v.

BAYSIDE INVESTORS, INC.,

    Defendant.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court on Plaintiff's Notice of Dismissal With Prejudice, filed February 1, 2024. (DE 10). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of March, 2024.

                                           DONALD M. MIDDLEBROOKS
                                           UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record